**DENIED and Opinion Filed April 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00530-CV

### IN RE LOWELL MERRITT, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01387-2009**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

Before the Court is relator's petition for writ of mandamus is which he requests that the Court order the trial court to allow him to file a notice of appeal from the denial of a plea to the jurisdiction or, alternatively, to remand this case to McLennan County, Texas where the case was initially filed in 2009. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has failed to establish a right to relief. We **DENY** the petition for writ of mandamus.

150530F.P05

/Lana Myers/
LANA MYERS
JUSTICE